

E. STEPHEN DERBY
U. S. BANKRUPTCY JUDGE

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### Baltimore Division

| | | |
|---|---|---|
| In re: | * | |
| RONNIE LYNN CARMAN, | * | Case No. 08-16965-DK<br>Chapter 7 |
| Debtor. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

| | | |
|---|---|---|
| In re: | * | |
| CARMAN BOATS, INC., | * | Case No. 08-16968-DK<br>Chapter 7 |
| Debtor. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

### ORDER GRANTING MOTION TO APPROVE SALE
### <u>OF PROPERTY FREE AND CLEAR</u>

Upon consideration of Trustee's Notice of Sale of Boat Hull filed in each of the above-captioned cases by Monique D. Almy, Trustee (the "Trustee"), and the objection thereto filed by Steven DeChello and after evidentiary hearings and oral argument during hearings held on November 18, 2008 and December 16, 2008, based on the findings and conclusions set forth in a Memorandum Decision on the DeChello Objection to the Trustee's Proposed Sale of One 32'

Carman Boat, and for good cause shown, it is by the United States Bankruptcy Court for the District of Maryland,

ORDERED, that Mr. DeChello's objection to the Trustee's proposed sale of the 32' Carman boat to The Maryland Waterman's Association, Inc. is overruled and denied; and it is further

ORDERED, that the sale of the 32' Carman boat to The Maryland Waterman's Association, Inc. proposed by Trustee's Notice of Sale of Boat Hull is approved; and it is further

ORDERED, that the Trustee is authorized to sell the 32' Carman boat to The Maryland Waterman's Association, Inc. in accordance with the terms of the Trustee's Notice of Sale of Boat Hull; and it is further

ORDERED, that the Trustee is authorized and empowered to execute and deliver such documents as are necessary to effectuate the sale of the 32' Carman boat.

cc:   Monique D. Almy, Trustee
      Matthew W. Cheney, Esquire
      Crowell & Moring LLP
      1001 Pennsylvania Ave., NW
      Washington, DC 20004

      Christopher F. Drummond, Esquire
      S. Craig Sewell, Esquire
      119 Lawyers Row
      Centreville, MD 21617

      Office of the U.S. Trustee
      101 W. Lombard Street, Room 2625
      Baltimore, MD 21201

      Walter Gunby, Esquire
      P.O. Box 448
      Cambridge, MD 21613

Stephen M. Hearne, Esquire
105 W. Main Street, 2nd Floor
Salisbury, MD 21801

Melvin J. Caldwell, Esquire
Caldwell & Whitehead, P.A.
109 Camden Street
Salisbury, MD 21801

Ronnie Lynn Carman
6779 Charles Cannon Road
Marion, MD 21838

Carman Boats, Inc.
P.O. Box 222
Marion Station, MD 21838-0222

**END OF ORDER**